# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                          CRIMINAL NO. 2007-10086-PBS

JOHN NOWOSELSKI,
    Defendant.

## *ORDER AFTER APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE*

COLLINGS, U.S.M.J.

    The defendant appeared on April 8, 2010 pursuant to a petition alleging that he violated the terms of his supervised release.

    The defendant was released on conditions of release. As a consequence, he is not entitled to a preliminary hearing.

    The defendant is ORDERED to appear for a final revocation hearing before District Judge Patti B. Saris on *Wednesday, April 28, 2010 at 3:30 P.M.* at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

All papers are RETURNED to the Clerk's Office. The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Hillman."[1]

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

April 8, 2010.

---

[1] The Court understands that the case was redrawn from Magistrate Judge Alexander to Magistrate Judge Hillman because of Magistrate Judge Alexander's retirement. Magistrate Judge Hillman was unavailable on April 8, 2010 so the undersigned handled the matter as Emergency Magistrate Judge.